UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PINEAPPLE ANTITRUST LITIGATION,

This Document Relates to: ALL ACTIONS

**ORDER**
04 md 1628 (RMB)(MHD)

MICHAEL H. DOLINGER,
UNITED STATES MAGISTRATE JUDGE:

Regarding the motion to unseal brought by intervenor David Samuels in the above-captioned matter and all related actions: it is hereby ORDERED that the litigants are to serve non-parties Dole, Chiquita Brands International, and Maui Land & Pineapple Co. via email or overnight delivery on the registered agent, general counsel or other senior officer. Those non-parties are to serve and file their objections, if any, to the unsealing of documents that they produced in the lawsuit or their employees' depositions by no later than Friday, September 11, 2015.

**Dated: New York, New York**
**August 31, 2015**

1

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE