UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: PINEAPPLE ANTITRUST LITIGATION

This document relates to:
All Actions

10/5/15

Civil Action No.
1:04-md-1628 (RMB)(MHD)

## ORDER ON MOTION TO UNSEAL RECORD

By motion filed July 31, 2015, intervenor David Samuels, a journalist and Contributing Writer at *The New York Times Magazine*, requested that the Court unseal documents in the record of this case pursuant to the public's right of access under First Amendment to the United States Constitution and the common law. *See* Docket Entries ("D.E.") 245, 246. It is hereby ordered that Mr. Samuels' motion is granted as follows:

The Clerk of the Court is directed to unseal all documents identified in Schedule A hereto. The following documents shall remain under seal: Ex. 3 (Dec. 23, 2005 Expert Report of Frank Tinari), Ex. 6 (excerpt from Dec. 23, 2005 Expert Report of Frank Tinari), Ex 7 (Table I of Dr. Reiff's Oct. 3, 2006 Declaration) and Ex. 12 (Excerpts of Aug. 31, 2005 deposition of S. Momber) to D.E. 157-1; Ex. 1 (Jan. 4, 2006 Expert Report of Ronald W. Cotterill) and Ex. 3 (Dec. 23, 2005 Expert Report of Frank Tinari) to D.E. 193-1; and Ex. 6 (Dec. 23, 2005 Expert Report of Frank Tinari) to D.E. 208.

The parties are directed to file in the public record copies of Exs. 3, 6, and 7 to D.E. 157-1; Exs. 1 and 3 to D.E. 193-1; and Ex. 6 to D.E. 208, containing certain limited, agreed upon redactions. Additionally, the direct purchaser plaintiffs are directed to produce a copy of Ex. 12

to D.E. 157-1 to Mr. Samuels directly. This Order does not preclude Mr. Samuels from moving to unseal any documents that remain redacted or under seal.

Oct. 2, 2015

Michael H. Dolinger
United States Magistrate Judge

# SCHEDULE A

Schedule A

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| D.E. 48-5 | Exhibits to DECLARATION of Barrett in Opposition re: 34 MOTION to Certify Class | Exhibit C |
| D.E. 48-7 | Exhibits to DECLARATION of Barrett in Opposition re: 34 MOTION to Certify Class | Exhibit E |
| D.E. 67-9 | Exhibits to DECLARATION of Michael M. Buchman in Support re: 64 MOTION to Compel the Production of Privileged Documents Pursuant to the Crime Fraud Exception | |
| | | Exhibit A |
| | | Exhibit B |
| | | Exhibit C |
| | | Exhibit D |
| | | Exhibit E |
| | | Exhibit F |
| | | Exhibit H |
| | | Exhibit J |
| | | Exhibit L |
| | | Exhibit Q |
| | | Exhibit R |
| | | Exhibit S |
| | | Exhibit T |
| | | Exhibit U |
| | | Exhibit V |
| | | Exhibit W |
| | | Exhibit X |
| | | Exhibit Y |
| | | Exhibit Z |
| | | Exhibit AA |
| | | Exhibit BB |
| | | Exhibit DD |
| | | Exhibit EE |
| | | Exhibit FF |
| | | Exhibit GG |
| | | Exhibit HH |
| | | Exhibit II |
| | | Exhibit JJ |
| | | Exhibit KK |
| | | Exhibit MM |
| | | Exhibit NN |
| | | Exhibit PP |
| | | Exhibit QQ |
| | | Exhibit RR |
| | | Exhibit SS |
| | | Exhibit TT |
| | | Exhibit UU |
| | | Exhibit VV |
| | | Exhibit WW |
| | | Exhibit YY |
| | | Exhibit ZZ |
| | | Exhibit AAA |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| | | Exhibit BBB |
| | | Exhibit CCC |
| | | Exhibit DDD |
| | | Exhibit EEE |
| | | Exhibit FFF |
| D.E. 77-8 | Exhibits to DECLARATION of Carl E. Goldfarb in Opposition re: 64 MOTION to Compel the Production of Privileged Documents Pursuant to the Crime Fraud Exception | |
| | | Exhibit A-DM |
| | | Exhibit F-DM |
| | | Exhibit R-DM |
| | | Exhibit Y-DM |
| | | Exhibit BB-DM |
| | | Exhibit DD-DM |
| | | Exhibit EE-DM |
| | | Exhibit GG-DM |
| | | Exhibit KK-DM |
| | | Exhibit MM-DM |
| | | Exhibit WW-DM |
| | | Exhibit YY-DM |
| D.E. 86 | MEMORANDUM OF LAW in Opposition re: 64 MOTION to Compel the Production of Privileged Documents Pursuant to the Crime Fraud Exception. Defendants' Corrected Opposition to Plaintiffs' Motion to Compel The Production of Privileged Documents Pursuant to the Crime-Fraud Exception (Redacted) | |
| D.E. 87-1 | Exhibits to DECLARATION of Carl E. Goldfarb in Opposition re: 64 MOTION to Compel the Production of Privileged Documents Pursuant to the Crime Fraud Exception | |
| | | Exhibit 1 |
| | | Exhibit 2 |
| | | Exhibit 3 |
| | | Exhibit 5 |
| | | Exhibit 6 |
| | | Exhibit 7 |
| | | Exhibit 8 |
| | | Exhibit 10 |
| | | Exhibit 11 |
| | | Exhibit 12 |
| | | Exhibit 13 |
| | | Exhibit 14 |
| | | Exhibit 15 |
| | | Exhibit 16 |
| | | Exhibit 17 |
| | | Exhibit 18 |
| | | Exhibit 19 |
| | | Exhibit 20 |
| | | Exhibit 21 |
| | | Exhibit 22 |
| | | Exhibit 23 |
| | | Exhibit 24 |
| | | Exhibit 25 |
| | | Exhibit 26 |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| | | Exhibit 27 |
| | | Exhibit 28 |
| | | Exhibit 29 |
| | | Exhibit 30 |
| | | Exhibit 31 |
| | | Exhibit 33 |
| | | Exhibit 34 |
| | | Exhibit 35 |
| | | Exhibit 36 |
| | | Exhibit 37 |
| | | Exhibit 40 |
| | | Exhibit 41 |
| | | Exhibit 42 |
| | | Exhibit 43 |
| | | Exhibit 44 |
| | | Exhibit 46 |
| | | Exhibit 47 |
| | | Exhibit 48 |
| | | Exhibit 49 |
| | | Exhibit 52 |
| | | Exhibit 55 |
| | | Exhibit 56 |
| | | Exhibit 57 |
| | | Exhibit 58 |
| | | Exhibit 59 |
| | | Exhibit 60 |
| | | Exhibit 61 |
| | | Exhibit 62 |
| | | Exhibit 63 |
| | | Exhibit 64 a |
| | | Exhibit 64 b |
| | | Exhibit 65 |
| | | Exhibit 66 |
| | | Exhibit 67a |
| | | Exhibit 67b |
| | | Exhibit 67c |
| | | Exhibit 68 |
| | | Exhibit 69 |
| | | Exhibit 70 |
| | | Exhibit 71a |
| | | Exhibit 71b |
| | | Exhibit 72a |
| | | Exhibit 72b |
| | | Exhibit 73a |
| | | Exhibit 73b |
| | | Exhibit 74 |
| | | Exhibit 75 |
| | | Exhibit 76a |
| | | Exhibit 76b |
| | | Exhibit 77a |
| | | Exhibit 77b |
| | | Exhibit 77c |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| | | Exhibit 78 |
| | | Exhibit 79a |
| | | Exhibit 79b |
| | | Exhibit 79c |
| | | Exhibit 79d |
| | | Exhibit 79e |
| | | Exhibit 79f |
| | | Exhibit 80a |
| | | Exhibit 80b |
| | | Exhibit 81a |
| | | Exhibit 81b |
| | | Exhibit 82 |
| | | Exhibit 83 |
| | | Exhibit 84a |
| | | Exhibit 84b |
| | | Exhibit 84c |
| | | Exhibit 85 |
| | | Exhibit 86 |
| | | Exhibit 87 |
| | | Exhibit 88 |
| | | Exhibit 89a |
| | | Exhibit 89b |
| | | Exhibit 90 |
| D.E. 90 | Pl's MOTION to Compel the Production of Privileged Documents Pursuant to the Crime Fraud Exception | |
| D.E. 91-1 | Exhibits to REPLY AFFIDAVIT of Michael M. Buchman in Support re: 64 MOTION to Compel the Production of Privileged Documents Pursuant to the Crime Fraud Exception.. | |
| | | Exhibit A |
| | | Exhibit B |
| | | Exhibit C |
| | | Exhibit D |
| | | Exhibit H |
| | | Exhibit I |
| | | Exhibit J |
| | | Exhibit K |
| | | Exhibit L |
| | | Exhibit M |
| | | Exhibit N |
| | | Exhibit O |
| | | Exhibit P |
| | | Exhibit Q |
| | | Exhibit R |
| | | Exhibit S |
| | | Exhibit T |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| | | Exhibit U |
| | | Exhibit V |
| | | Exhibit W |
| | | Exhibit X |
| | | Exhibit Y |
| | | Exhibit Z |
| | | Exhibit AA |
| | | Exhibit CC |
| | | Exhibit DD |
| | | Exhibit EE |
| | | Exhibit FF |
| D.E. 92 | CERTIFICATE OF SERVICE of [Redacted] Plaintiffs' Reply Memorandum | |
| D.E. 96-1 | Exhibits to REPLY MEMORANDUM OF LAW in Opposition re: 64 MOTION to Compel the Production of Privileged Documents Pursuant to the Crime Fraud Exception. Defendants' Sur-Reply In Opposition to Plaintiffs' Motion to Compel the Production of Privileged Documents Pursuant to the Crime-Fraud Exception-Filed Under Seal. | |
| | | Exhibit 1 |
| | | Exhibit 2 |
| | | Exhibit 3 |
| | | Exhibit 4 |
| | | Exhibit 5 |
| | | Exhibit 8 |
| | | Exhibit 9 |
| | | Exhibit 10 |
| | | Exhibit 11 |
| | | Exhibit 12 |
| | | Exhibit 13 |
| | | Exhibit 14 |
| | | Exhibit 15 |
| | | Exhibit 16 |
| | | Exhibit 17 |
| | | Exhibit 19a |
| | | Exhibit 19b |
| | | Exhibit 20 |
| | | Exhibit 21a |
| | | Exhibit 21b |
| | | Exhibit 22 |
| | | Exhibit 23a |
| | | Exhibit 23b |
| | | Exhibit 24a |
| | | Exhibit 24b |
| | | Exhibit 25 |
| | | Exhibit 26 |
| | | Exhibit 27 |
| | | Exhibit 28 |
| | | Exhibit 29 |
| | | Exhibit 30 |
| | | Exhibit 31 |
| | | Exhibit 32 |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| | | Exhibit 33 |
| | | Exhibit 34a |
| | | Exhibit 34b |
| | | Exhibit 35 |
| | | Exhibit 36a |
| | | Exhibit 36b |
| | | Exhibit 37 |
| | | Exhibit 38 |
| | | Exhibit 39a |
| | | Exhibit 39b |
| D.E. 100 | CERTIFICATE OF SERVICE of [REDACTED] PLAINTIFFS' RESPONSE TO DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS | |
| D.E. 126-4 | Exhibit to DECLARATION of Carl E. Goldfarb in Opposition re: 119 MOTION to Certify Class Corrected Mem Re: Manageability of the Indirect Purchaser Class | Exhibit - Declaration of B. Reiff in Support of Class Manageability |
| D.E. 126-6 | Exhibit to DECLARATION of Carl E. Goldfarb in Opposition re: 119 MOTION to Certify Class Corrected Mem Re: Manageability of the Indirect Purchaser Class | Exhibit -Declaration of F. Tinari in Support of Class Manageability |
| D.E. 131-4 | Exhibit to DECLARATION of Michael M. Buchman in Support re: (39 in 1:04-cv-02526-RMB) MOTION for Reconsideration | |
| | | Exhibit D |
| | | Exhibit E |
| | | Exhibit F |
| | | Exhibit G |
| | | Exhibit H |
| | | Exhibit I |
| D.E. 141 | RESPONSE in Opposition re: 130 MOTION for Reconsideration "The Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' Notice of Motion for Objection to Magistrate Dolinger's Order on Crime-Fraud Pursuant to Fed. R. Civ. P. 72". Del Monte's Opposition to Plaintiffs' Objections to Magistrate Judge's Denial of Their Crime-Fraud Motion. | |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| D.E. 142-1 | Exhibit to DECLARATION of Carl E. Goldfarb in Opposition re: 130 MOTION for Reconsideration | |
| | | Exhibit 1 |
| | | Exhibit 2 |
| | | Exhibit 3 |
| | | Exhibit 4 |
| D.E. 142-4 | Exhibit to DECLARATION of Carl E. Goldfarb in Opposition re: 130 MOTION for Reconsideration | |
| | | Exhibit 7 |
| | | Exhibit 8 |
| | | Exhibit 9 |
| | | Exhibit 10 |
| | | Exhibit 11 |
| | | Exhibit 12 |
| | | Exhibit 13 |
| | | Exhibit 14 |
| | | Exhibit 15 |
| | | Exhibit 16 |
| | | Exhibit 17 |
| | | Exhibit 18 |
| | | Exhibit 19 |
| | | Exhibit 20 |
| | | Exhibit 21 |
| | | Exhibit 22 |
| | | Exhibit 23 |
| | | Exhibit 24 |
| | | Exhibit 25 |
| | | Exhibit 26 |
| | | Exhibit 27 |
| | | Exhibit 28 |
| | | Exhibit 29 |
| | | Exhibit 30 |
| D.E. 157-1 | Exhibits to DECLARATION of Dr. Frank D. Tinari in Opposition re: 119 MOTION to Certify Class Corrected Mem Re: Manageability of the Indirect Purchaser Class.. | |
| | | Exhibit 1 |
| | | Exhibit 2 |
| | | Exhibit 4 |
| | | Exhibit 5 |
| | | Exhibit 11 |
| | | Exhibit 13 |
| | | Exhibit 14 |
| | | Exhibit 15 |
| D.E. 191 | MEMORANDUM OF LAW in Support re: 190 MOTION for Summary Judgment. and Exclusion of Expert Evidence. Document filed by Del Monte Fresh Produce | |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| D.E. 193-1 | Exhibits to DECLARATION of Carl E. Goldfarb in Support re: 190 MOTION for Summary Judgment. | |
| | | Exhibit 2 |
| | | Exhibit 4 |
| | | Exhibit 5 |
| | | Exhibit 6 |
| | | Exhibit 7 |
| | | Exhibit 8 |
| | | Exhibit 9 |
| | | Exhibit 10 |
| | | Exhibit 11 |
| | | Exhibit 12 |
| | | Exhibit 13 |
| | | Exhibit 14 |
| | | Exhibit 15 |
| | | Exhibit 16 |
| | | Exhibit 17 |
| | | Exhibit 18 |
| | | Exhibit 19 |
| | | Exhibit 20 |
| | | Exhibit 21 |
| | | Exhibit 22 |
| | | Exhibit 23 |
| | | Exhibit 24 |
| | | Exhibit 25 |
| | | Exhibit 26 |
| | | Exhibit 27 |
| | | Exhibit 28 |
| | | Exhibit 29 |
| | | Exhibit 30 |
| | | Exhibit 31 |
| | | Exhibit 32 |
| | | Exhibit 33 |
| | | Exhibit 34 |
| | | Exhibit 35 |
| | | Exhibit 36 |
| | | Exhibit 37 |
| | | Exhibit 38 |
| | | Exhibit 39 |
| | | Exhibit 40 |
| | | Exhibit 41 |
| | | Exhibit 42 |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| | | Exhibit 43 |
| | | Exhibit 44 |
| | | Exhibit 45 |
| | | Exhibit 46 |
| | | Exhibit 47 |
| | | Exhibit 48 |
| | | Exhibit 49 |
| | | Exhibit 50 |
| | | Exhibit 51 |
| | | Exhibit 52 |
| | | Exhibit 53 |
| | | Exhibit 54 |
| | | Exhibit 55 |
| | | Exhibit 56 |
| | | Exhibit 57 |
| | | Exhibit 58 |
| | | Exhibit 59 |
| | | Exhibit 60 |
| | | Exhibit 61 |
| | | Exhibit 62 |
| | | Exhibit 63 |
| | | Exhibit 64 |
| | | Exhibit 65 |
| | | Exhibit 66 |
| | | Exhibit 67 |
| | | Exhibit 68 |
| | | Exhibit 69 |
| | | Exhibit 69a |
| | | Exhibit 70 |
| | | Exhibit 71 |
| | | Exhibit 74 |
| | | Exhibit 78 |
| | | Exhibit 80 |
| | | Exhibit 81 |
| | | Exhibit 82 |
| | | Exhibit 84 |
| | | Exhibit 86 |
| | | Exhibit 87 |
| | | Exhibit 88 |
| | | Exhibit 89 |
| | | Exhibit 90 |
| | | Exhibit 91 |
| | | Exhibit 92 |
| | | Exhibit 93 |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| | | Exhibit 94 |
| | | Exhibit 95 |
| | | Exhibit 96 |
| | | Exhibit 98 |
| | | Exhibit 99 |
| | | Exhibit 100 |
| | | Exhibit 101 |
| | | Exhibit 102 |
| | | Exhibit 103 |
| | | Exhibit 104 |
| | | Exhibit 104a |
| | | Exhibit 105 |
| | | Exhibit 106 |
| | | Exhibit 106a |
| | | Exhibit 107 |
| | | Exhibit 108 |
| | | Exhibit 109 |
| | | Exhibit 110 |
| | | Exhibit 111 |
| | | Exhibit 112 |
| | | Exhibit 113 |
| | | Exhibit 114 |
| | | Exhibit 115 |
| | | Exhibit 117 |
| | | Exhibit 118 |
| | | Exhibit 119 |
| | | Exhibit 120 |
| | | Exhibit 121 |
| | | Exhibit 122 |
| | | Exhibit 123 |
| | | Exhibit 124 |
| | | Exhibit 125 |
| | | Exhibit 125a |
| | | Exhibit 129 |
| | | Exhibit 130 |
| | | Exhibit 137 |
| | | Exhibit 138 |
| | | Exhibit 139 |
| | | Exhibit 140 |
| | | Exhibit 142 |
| D.E. 197 | CERTIFICATE OF SERVICE of Defendants' Sur-Reply in Opposition to Plaintiff's Motion to Compel | |

| Docket Entry Requested | Description | Exhibit |
|---|---|---|
| D.E. 202-1 | DECLARATION of Carl E. Goldfarb in Support re: 190 MOTION for Summary Judgment.. | |
| | | Exhibit 1 |
| | | Exhibit 2 |
| | | Exhibit 3 |
| | | Exhibit 4 |
| | | Exhibit 5 |
| | | Exhibit 6 |
| | | Exhibit 7 |
| D.E. 207 | SEALED DOCUMENT placed in vault.(jri) | |
| D.E. 208-4 | Exhibit to DECLARATION of Carl E. Goldfarb in Support re: 119 MOTION to Certify Class Corrected Mem Re: Manageability of the Indirect Purchaser Class.. | Exhibit 4 |